# UNITED STATES DISTRICT COURT
## for the
## Western District of Pennsylvania

Case Number: 1:22-CV-00315-RAL

Plaintiff:
**ANTHONY HAMMOND MURPHY**

vs.

Defendant:
**FRONTIER AIRLINES, INC.**

**AFFIDAVIT OF SERVICE**

For:
Lawrence H. Fisher, Esq.
ONE OXFORD CENTRE
301 GRANT ST, STE 270
PITTSBURG, PA 15219

Received by TORRI'S LEGAL SERVICE to be served on **FRONTIER AIRLINES, INC. C/O CORPORATION SERVICE COMPANY AS REGISTERED AGENT, 1900 W. LITTLETON BOULEVARD, LITTLETON, CO 80120**.

I, James Hendrick, being duly sworn, depose and say that on the **25th day of October, 2022** at **3:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** to: **COLE STENDER** as **CLERK** for **FRONTIER AIRLINES, INC. C/O CORPORATION SERVICE COMPANY AS REGISTERED AGENT**, at the address of: **1900 W. LITTLETON BOULEVARD, LITTLETON, CO 80120, ARAPAHOE COUNTY**, in compliance with the applicable rules.

**Additional information pertaining to this service:**
10/25/2022 3:00 pm Placed in the receiving bin per the posted instructions. The listed receiving agent for today is Cole Stender as Clerk.

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct, I am 18 years of age or older and not a party is this case.

Executed on the 28th day of October, 2022, in the County of Jefferson, State of Colorado.

James Hendrick
Process Server

TORRI'S LEGAL SERVICE
18403 WOODFIELD RD, SUITE A
GAITHERSBURG, MD 20879
(301) 869-5081

Our Job Serial Number: DOC-2022000698
Ref: 60733